### Commonwealth *v.* Smith, Appellant.

Submit-

ted March 15, 1971. *William Goldstein* and *Paul M. Goldstein,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.